\*\*Original Filed 5/21/07\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LUCIO SANCHEZ-BELTRAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Civ. Case No. C 07-2098 JF<br>Crim. Case No. CR 99-20106 JF<br><br>ORDER DIRECTING UNITED STATES TO RESPOND TO § 2255 MOTION |

　　Petitioner, a prisoner in federal custody, has filed a Motion to Vacate, Set Aside or Modify Sentence pursuant to 28 U.S.C. § 2255. IT IS ORDERED as follows:

　　_____(1)　The Clerk of the Court shall (a) serve a copy of the Motion and a copy of this Order upon counsel for Respondent, the Office of the United States Attorney, Northern District of California and (b) serve a copy of this Order on Petitioner.

　　(2)　Respondent shall, in writing and within thirty (30) days after receiving this Order, file an opposition to the Motion showing cause why the Motion should not be granted.

　　(3)　Petitioner may file a reply within twenty (20) days after receiving the opposition.

　　(4)　Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the reply or upon the expiration of time to file a reply.

1  DATED: May 21, 2007

2

3                                                                    _____
                                                                     JEREMY FOGEL
4                                                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28