| | |
|---|---|
| 1  SCOTT N. SCHOOLS (SCBN 9990)<br>   United States Attorney | **FILED** |
| 2 | |
| 3  MARK L. KROTOSKI (CABN 138549)<br>   Chief, Criminal Division | JUN 13 2007 |
| 4  JOHN N. GLANG (GUAMBN 94012)<br>   Assistant United States Attorney | RICH...<br>CLERK U...<br>NORTHERN DI...<br>SAN JOSE  ...CALIFORNIA |

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney

5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408)-535-5084
7       Facsimile: (408)-535-5066
        E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13
   LUCIO SANCHEZ-BELTRAN,              )   Civil Case No.  C-07-2098-JF
14                                     )   Crim. Case. No. CR-99-20106-JF
              Petitioner,              )
15                                     )
         v.                            )   [~~PROPOSED~~] ORDER FINDING WAIVER
16                                     )   OF PRIVILEGE AND ALLOWING
   UNITED STATES OF AMERICA,           )   DEFENSE COUNSEL TO DISCUSS
17                                     )   DEFENDANT'S CLAIMS WITH THE
              Respondent.              )   GOVERNMENT AND TO PROVIDE
18   _____ )   DECLARATION TO THE COURT

19

20       Good cause appearing, the Court hereby finds that the defendant's Motion to Vacate, Set

21  Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 waived the attorney-client

22  privilege between the defendant and prior defense counsel Ingo Brauer with regard to all matters

23  raised in the defendant's motion. IT IS HEREBY ORDERED that prior defense counsel Ingo

24  Brauer may discuss the claims raised in the defendant's § 2255 motion with the government and

1  may file a Declaration with the court detailing his conversations with the defendant and his
2  advice to him on all claims raised in the defendant's § 2255 motion.

3  IT IS SO ORDERED.

5  DATED: 6-12-07

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FINDING WAIVER OF PRIVILEGE
AND ALLOWING DEFENSE COUNSEL TO PROVIDE DECLARATION

2