**E-Filed 7/18/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LUCIO SANCHEZ-BELTRAN,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case Number C 07-2098 JF<br><br>ORDER[1] DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[re: docket no. 186[2]] |

Petitioner applies to proceed *in forma pauperis*. However, Petitioner has failed to include, as required, a ledger sheet from the institution of his incarceration showing at least the past six months' transactions. Moreover, the ledger sheet Petitioner does provide shows that he received $290 in deposits between October 6, 2006 and December 28, 2006,[3] and that his balance never dropped below $10 and only fell below $20 for a short period. Based upon the information

---

[1] This disposition is not designated for publication and may not be cited.

[2] This docket number refers to the docket in the underlying criminal case, CR 99-20106 JF. Future filings with respect to Petitioner's action under 28 U.S.C. § 2255 should bear the caption of and be filed in the instant case.

[3] The Court notes that these deposits are unaccounted for in Petitioner's application.

1  presently available to the Court, it is not clear that Petitioner is unable to pay the filing fee in this
2  action. Accordingly, Petitioner's request will be denied without prejudice to renewal with full
3  documentation indicating that he is unable to pay the filing fee.

5  IT IS SO ORDERED.

7  DATED: July 18, 2007.

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 07-2098 JF
ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED IN FORMA PAUPERIS
(JFLC1)

This Order has been served upon the following persons:

John Norman Glang  John.Glang@usdoj.gov, Tracey.Andersen@usdoj.gov

Notice has been delivered by other means to:

Lucio Sanchez-Beltran
99347-011
FCI-Bennettsville
P.O. Box 52020
Bennettsville, SC 29512

Case No. C 07-2098 JF
ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)