# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCIO SANCHEZ-BELTRAN,<br><br>Defendant. | Case Number CR 99-20106 JF<br>C 07-2098 JF<br><br>ORDER[1] DENYING MOTION FOR CERTIFICATE OF APPEALABILITY |

On June 26, 2009, this Court denied on the merits Defendant Lucio Sanchez-Beltran's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Defendant appealed. On December 1, the Court of Appeals remanded the case to this Court for the limited purpose of granting or denying a certificate of appealability.[2]

A defendant may not appeal the denial of a § 2255 motion without first obtaining a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B). A court may issue a certificate of

---

[1] This disposition is not designated for publication in the official reports.

[2] Defendant did not file a motion for a certificate of appealability, but this Court will construe his appeal as such a motion.

appealability "only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). A certificate of appealability must indicate which specific issues satisfy this requirement. 28 U.S.C. § 2253(c)(3).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Defendant's § 2255 motion was based upon a claim of ineffective assistance of counsel. This Court carefully considered the bases for the claim, and concluded that Defendant had failed to demonstrate that his counsel's performance was defective under the standards established by *Strickland v. Washington*, 466 U.S. 668, 687 (1984). The Court is not persuaded that reasonable jurists would find this conclusion debatable or wrong.

Accordingly, Defendant's motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

The clerk shall forward to the court of appeals the case file with this order. *See* Fed. R. App. P. 22(b).


DATED: 2/22/2009

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

3  John Norman Glang, John.Glang@usdoj.gov
4  Tracey.Andersen@usdoj.gov

5  Lucio Sanchez-Beltran
6  99347-011
   FCI-Talladega
7  PMB 1000
8  Talladega, AL 35160

   Lucio Sanchez-Beltran
10 99347-011
11 FCI-Bennettsville
   P.O. Box 52020
12 Bennettsville, SC 29512