UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCIO SANCHEZ-BELTRAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | Case Nos.: 07-CV-02098-JF(LHK)<br>　　　　　　99-CR-20106-JF-2<br><br>**ORDER DIRECTING RESPONDENT TO ANSWER** |

　　　　On June 26, 2009, Judge Fogel issued an order denying Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct Petitioner's sentence.  ECF No. 10.  On September 29, 2010, the Ninth Circuit denied Petitioner's request for a certificate of appealability.  ECF No. 15.

　　　　On January 7, 2014, Petitioner filed a motion to reopen his § 2255 proceedings under Rule 60(b)(6) of the Federal Rules of Civil Procedure, arguing that the Supreme Court's intervening decision in *Lafler v. Cooper*, 132 S. Ct. 1376 (2012), provides cause for the Court to order an evidentiary hearing in this case.  No. 99-CR-20106-JF-2, ECF No. 219 at 4 (citing *United States v. Soto-Lopez,* 475 F. App'x 144 (9th Cir. 2012)).

1    The Court hereby ORDERS Respondent to file an answer to Petitioner's Rule 60(b)
2 motion not exceeding ten (10) pages in length by April 29, 2015.  Respondent's answer should
3 address the effect, if any, of *Lafler* and *Soto-Lopez* on Petitioner's claim.
4 **IT IS SO ORDERED.**

6 Dated: January 29, 2015

_____
LUCY H. KOH
United States District Judge