UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCIO SANCHEZ-BELTRAN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case Nos.: 07-CV-02098-JF(LHK)<br>99-CR-20106-LHK-2<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME** |

On April 27, 2015, Petitioner requested an extension of time to file a reply in support of his Rule 60(b)(6) motion to reopen proceedings. No. 99-CR-20106-LHK-2, ECF No. 223. The Government has not opposed the request. Accordingly, the Court hereby GRANTS Petitioner's request. Petitioner's reply is due by May 26, 2015.

**IT IS SO ORDERED.**

Dated: May 12, 2015

_____
LUCY H. KOH
United States District Judge

1

Case Nos.: 07-CV-02098-JF(LHK); 99-CR-20106-LHK-2
ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME